UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN BLOOMFELDT,

                Plaintiff,

   v.

NANCY BERRYHILL, Deputy Commissioner of Social Security for Operations,

                Defendant.

Case No. C18-5210 JCC

**MINUTE ORDER**

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court *sua sponte*. Plaintiff filed this action on March 16, 2018 and was issued summonses the same day. (Dkt. No 1.) Plaintiff was responsible for serving the complaint and summonses within 90 days of filing and filing proof of service, as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff has not filed proof of service or requested an extension. In light of Plaintiff's *pro se* status, the Court grants additional time.

      Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

      Plaintiff must file proof of service on or before **June 21, 2018**. Failure to do so may result in dismissal for failure to prosecute.

MINUTE ORDER
C18-5210-JCC
PAGE - 1

DATED this 24th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk