THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KEVIN BLOOMFELDT,<br><br>    Plaintiff,<br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. C18-5210-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion for an extension of time to file a response to the complaint (Dkt. No. 5). The Court GRANTS the motion. Defendant's deadline to respond to Plaintiff's complaint is hereby EXTENDED to August 23, 2018.

DATED this 14th day of August 2018.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk